IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ENTERED
FEB 26 2002
SAMUEL L. KAY, CLERK
District & Bankruptcy Cou-

MICHAEL H. HOLLAND, A. FRANK
DUNHAM, MARTY D. HUDSON, and
ELLIOT A. SEGAL, Trustees of
the UNITED MINE WORKERS OF
AMERICA 1993 BENEFIT PLAN,

        Plaintiffs,

vs.                      CIVIL ACTION NO. 5:02-0066

FOUR CORNERS CORPORATION,
a corporation
and
BLUESTONE INDUSTRIES, INC.,
a corporation,

        Defendants.

### ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT FOUR CORNERS CORPORATION ONLY

Upon verified application of counsel for plaintiff- Trustees and the records of this Court reflecting that more than twenty (20) days have elapsed since the defendant, Four Corners Corporation, a corporation, was duly served, and having failed to answer or otherwise plead to the Complaint;

It is ADJUDGED that the defendant, Four Corners Corporation, a corporation, is in default, and that plaintiff-Trustees have and recover of the said defendant Four Corners Corporation, such sum or sums as the said plaintiff-Trustees shall prove to the Court, together with costs and attorney fees.

Dated this 26th day of February, 2002.

SAMUEL L. KAY, CLERK

By: _____
      Deputy Clerk