IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL H. HOLLAND, et al.,

    Plaintiffs,

v.                                      CIVIL ACTION NO. 5:02-0066

FOUR CORNERS CORPORATION, et al.,

    Defendants.

### ORDER

On March 21, 2002, plaintiffs notified the court that defendant Four Corners Corporation ("Four Corners") filed for Chapter 7 bankruptcy. Pursuant to 11 U.S.C. § 362(a)(1), this filing operates as an automatic stay of any judicial proceedings against Four Corners. Accordingly, the court STAYS this civil action as to defendant Four Corners Corporation. The court notes that this case will proceed as to defendant Bluestone Industries, Inc.

Further, plaintiffs requested permission to withdraw their motion for default judgment as to Four Corners (doc. # 7). Accordingly, plaintiffs' motion for default judgment is DENIED as MOOT.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED this **8th** day of April, 2002.

ENTER:

David A. Faber
United States District Judge