IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MICHAEL H. HOLLAND, A. FRANK
DUNHAM, MARTY D. HUDSON, and
ELLIOT A. SEGAL, Trustees of
the UNITED MINE WORKERS OF
AMERICA 1993 BENEFIT PLAN,

FILED

SEP - 6 2002

SAMUEL L. KAY, CLERK
U. District & Bankruptcy Courts
Southern District of West Virginia

Plaintiffs,

vs.                                   CIVIL ACTION NO. 5:02-0066

FOUR CORNERS CORPORATION,
a corporation
and
BLUESTONE INDUSTRIES, INC.,
a corporation,

Defendants.

## NOTICE AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the plaintiffs and the defendant, Bluestone Industries, Inc., by counsel, and give notice of, and stipulate to, the dismissal of above civil action without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The plaintiffs' case against the defendant Bluestone Industries, Inc. is dismissed by the agreement represented by this stipulation, and the plaintiffs' case against defendant Four Corners Corporation is dismissed by this notice, pursuant to Rule 41(a)(1)(i), since the defendant Four Corners Corporation has not filed an answer or otherwise appeared in this case.

Jointly submitted,

_____
GARY A. COLLIAS
McIntyre & Collias
124 Capitol Street
P.O. Box 70007
Charleston, WV 25301-0007
Telephone: (304) 344-3652
Counsel for Plaintiffs

_____
Erin Magee Condaras
Jackson & Kelly
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322
Counsel for Defendant
Bluestone Industries, Inc.